UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CRYSTAL WILSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO. 2:09-cv-1090-SLB** |
| | ) | |
| **FIRSTSOURCE  ADVANTAGE, LLC, A CORPORATION,** | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DISMISSAL ORDER

The parties having stipulated that this action may be dismissed with prejudice, it is

**ORDERED** that plaintiff's claims against Firstsource Advantage, LLC are **DISMISSED WITH PREJUDICE**.  Costs taxed as paid.

**DONE** this 8th day of September, 2009.



SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE